**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 16, 2019

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2019

The Honorable Denise Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Abreu-Sarit et al.*
 19 Cr. 367 (DLC)

Dear Judge Cote:

*Granted.
Denise Cote
12/16/19*

**MEMO ENDORSED**

The Government writes in advance of the final pretrial conference in the above-referenced case, currently scheduled for December 17, 2019 at 2:00 p.m.

The Government writes to inform the Court that defendant Joelsy Abreu-Sarit has been accepted into the Southern District of New York Young Adult Opportunity Program. The Government spoke today with Rena Bolin at Pretrial Services and understands that Ms. Abreu-Sarit's allocution proceeding has been scheduled before Judge Abrams on Friday, December 20, 2019 at 3:00 p.m. Accordingly, the Government requests that the Court adjourn the final pretrial conference with respect to defendant Joelsy Abreu-Sarit *sine die*, pending transfer of Ms. Abreu-Sarit's case to Judge Abrams on December 20, 2019.

In addition, the Government and defense counsel for defendant Juan Carlos Rosario-Sarit have reached a pretrial resolution in principle, which the parties will finalize in the coming days.

Accordingly, the Government respectfully requests that the Court adjourn the currently-scheduled final pretrial conference to December 19, 2019 at 2:30 p.m., at which time the parties expect Mr. Rosario-Sarit will plead. The parties will send the Court a copy of an executed plea

December 16, 2019
Page 2

agreement prior to that plea conference. The Government understands that defense counsel consents to this request.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney for
                                      the Southern District of New York

                              By: _____
                                  Juliana N. Murray
                                  Assistant United States Attorney
                                  (212) 637-2314

cc:     Avraham Moskowitz, Esq. (via ECF)
        Steven Brill, Esq. (via ECF)