

January 13, 2020

APPLICATION GRANTED
SO ORDERED

RONNIE ABRAMS U.S.D.J.
1-14-20

**Via ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States of America v. Joelsy Sarit-Abreu*
    Ind. No.: 19 Cr. 367 (RA)

Dear Judge Abrams:

Ms. Sarit-Abreu is a new member of the SDNY Young Adult Opportunity Program. It is my understanding that that Program's schedule will require Ms. Sarit-Abreu to attend monthly meetings for at least 12-months. As CJA counsel, I would, therefore, respectfully request the permission to submit an interim CJA-20 voucher.

Thank you for your consideration.

Very truly yours,

SULLIVAN & BRILL, LLP

By: Steven Brill

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/20

MEMO ENDORSED