

February 27, 2020

**APPLICATION GRANTED**

_____
Hon. Ronnie Abrams
United States District Court
Dated: 2-27-20

**Via ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States of America v. Joelsy Sarit-Abreu*
Ind. No.: 19 Cr. 367 (RA)

Dear Judge Abrams:

Ms. Sarit-Abreu is a new member of the SDNY Young Adult Opportunity Program. Her present bail conditions restrict her to the SDNY and EDNY. However, Ms. Abreu respectfully requests permission to travel to New Jersey tomorrow to attend the "Sojo Spa" for a social outing. She expects to travel from 5pm-11pm.

Pre Trial Service Officer Rena Bolin has no objection. I apologize for this late request.

Thank you for your consideration.

Very truly yours,

SULLIVAN & BRILL, LLP

By: Steven Brill

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/20