

May 27, 2020

<u>Via ECF</u>
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States of America v. Joelsy Sarit-Abreu*
               Ind. No.: 19 Cr. 367 (RA)

Dear Judge Abrams:

    Ms. Abreu is a proud member of the SDNY Young Adult Opportunity Program (YAOP). Recently, her cousin and some other family members have invited her to stay with them in New Jersey from June 4-7. She respectfully requests that the Court modify her bail conditions to permit her to do so. The government and pre-trial services have no objection.

    Thank you for your consideration.

                                                             Very truly yours,

Application granted.                          SULLIVAN | BRILL, LLP

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.                  By: Steven Brill
May 28, 2020