

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

August 17, 2020

Application granted.

**Via ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 17, 2020

Re:   *United States of America v. Joelsy Sarit-Abreu*
       **Ind. No.: 19 Cr. 367 (RA)**

Dear Judge Abrams:

Ms. Abreu is a proud member of the SDNY Young Adult Opportunity Program (YAOP).  Ms. Abreu seeks permission to travel to Pennsylvania (The Poconos) from August 24-25.  She respectfully requests that the Court modify her bail conditions to permit her to do so.  The government and pre-trial services have no objection.

Thank you for your consideration.

Very truly yours,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill