

October 5, 2020

**Via ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
October 5, 2020

**Re:** *United States of America v. Joelsy Sarit-Abreu*
Ind. No.: 19 Cr. 367 (RA)

Dear Judge Abrams:

    Ms. Abreu is a proud member of the SDNY Young Adult Opportunity Program (YAOP). Ms. Abreu seeks permission to travel to Florida with her family for Thanksgiving. Her intended dates of travel are November 21-28, 2020. She respectfully requests that the Court modify her bail conditions to permit her to do so. The government and pre-trial services have no objection.

    Thank you for your consideration.

Very truly yours,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill