

February 18, 2021

**Via ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 18, 2021

    Re:    *United States of America v. Joelsy Sarit-Abreu*
             Ind. No.: 19 Cr. 367 (RA)

Dear Judge Abrams:

    Ms. Abreu was a proud member of the SDNY Young Adult Opportunity Program (YAOP). She recently graduated after successfully completing the program. Ms. Bolin has submitted her final report, and I submitted by response to that report with the government. I have spoken to AUSA Murray, who indicated that her office is in the process of reviewing these submissions and should have a final determination shortly.

    Ms. Abreu seeks permission to travel to the Dominican Republic to visit with her father and her grandmother, who is presently ill. Her intended dates of travel are February 21 until March 7. She respectfully requests that the Court modify her bail conditions to permit her to do so. The government has no objection.

    Thank you for your consideration.

                                                  Very truly yours,

                                                  SULLIVAN | BRILL, LLP

                                                  _____
                                                  By: Steven Brill